IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Robert Shealy, Joe Ann Brandt, and Charlotte Beers, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Dixon Hughes, PLLC, Jan Waring-Woods, Christa M. Dunn, and Benjamin Newton,<br><br>Defendants. | Civil No. 2:10-CV-714-DCN<br><br>**ORDER** |

This matter is before the court on defendants' motion to dismiss plaintiffs' complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). Having thoroughly considered the parties' written and oral submissions in light of the standard set forth in <u>Ashcroft v. Iqbal</u>, 129 S. Ct. 1937 (2009), the court **DENIES** defendants' motion to dismiss.

**AND IT IS SO ORDERED**.

_____
**DAVID C. NORTON**
**CHIEF UNITED STATES DISTRICT JUDGE**

**June 18, 2010**
**Charleston, South Carolina**

1