IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

ROBERT SHEALY, JOE ANN BRANDT, and CHARLOTTE BEERS, individually and on behalf of all others similarly situated,

Plaintiffs

vs.

DIXON HUGHES, PLLC, JAN WARNING-WOODS, CHRISTA M. DUNN, and BENJAMIN NEWTON,

Defendants.

Civil Action No.: 2:10-cv-714-DCN

**NOTICE OF FILING**

Please take notice that the Plaintiffs, individually and on behalf of all persons similarly situated, hereby file the Declaration of Claims Administrator S. Gregory Hays.

Respectfully submitted,

/s/ James M. Griffin

James M. Griffin, Fed. I.D. No. 1053
P.O. Box 999
Columbia, SC 29202
(803) 744-0800

Attorney for Plaintiffs

Columbia, South Carolina
October 21, 2011

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

ROBERT SHEALY and JOE ANN BRANDT, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

DIXON HUGHES, PLLC,

Defendant.

**Civil Action No. 2:10-cv-714-DCN**

**DECLARATION OF CLAIMS ADMINISTRATOR S. GREGORY HAYS**

I, S. Gregory Hays, declare the following pursuant to 28 U.S.C. § 1746:

1. On August 26, 2011, I was court appointed Claims Administrator for purposes of administering the settlement between the Plaintiffs and Defendant Dixon Hughes, PLLC filed with this Court.
2. I was directed by the Court to provide Notice of the Proposed Settlement and Claim Forms to the Settlement Class using a format substantially similar to Exhibits A and B to the Settlement Agreement filed with the Court.
3. I have complied with the Court's instruction and supervised and directed the delivery of the Notice of Proposed Settlement and Claim Form to the Settlement Class Members via First Class, United States Mail to the last known address to each Settlement Class Members as determined by the databases created in connection with my services as the Court Appointed Receiver for Parish Economics, LLC, Albert E. Parish and Summerville Hard Assets, LLC by this Court in *SEC v. Parish et. al,* Case No. 2:07-919-DCN (Dkt. No. 7, April 7, 2007).

4. There were a total number of 447 Class Members to whom a Notice of Proposed Settlement and a Claim Form were mailed.

5. I have also received executed claim forms from 297 class members.

6. I and members of Hays Financial Consulting have received numerous inquiries and questions regarding the amount of the class member's net investment loss and expected distribution from the settlement. However, I have not received any written objections challenging the fairness of the proposed class settlement or the petition for attorneys' fees.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully Submitted,

S. Gregory Hays
CLAIMS ADMINISTRATOR FOR
SETTLEMENT SUBCLASS

Atlanta, Georgia
October 21, 2011